# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0739
_____

ANTHONY JEAN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua M. Hawkes, Judge.

July 18, 2024

PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Jean, pro se, Appellant.

Ashley Moody, Attorney General, and Amanda A. Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.